536 A.2d 338

**J. Robert DYE, Appellant,**

v.

**M.L.M., LTD., d/b/a Kirsch Imports and Fiat Motors of America, Inc.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1988.

Decided Jan. 22, 1988.

Elliot B. Platt, Philadelphia, for appellant.

David S. Dessen, Philadelphia, for M.L.M. Ltd., d/b/a Kirsch Imports.

George D. Sheehan, Jr., Philadelphia, for Fiat Motors.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.